JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gilbert John Telly, <br><br> Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, [1] <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 1:19-cv-00456-SKO <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME <br><br> (Doc. 16) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from January 27, 2020 to February 26, 2020, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 24, 2020                PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: January 24, 2020                MCGREGOR W. SCOTT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

By:  \**/s/ Michael Marriott*
    Michael Marriott
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on January 24, 2020)

## **ORDER**

Based upon the above-stipulation of the parties (Doc. 16), and for good cause shown (Fed. R. Civ. P. 16(b)(4)), IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time, to and including February 26, 2020, in which to file Plaintiff's Opening Brief.  All other deadlines set forth in the Scheduling Order (Doc. 6) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **January 28, 2020**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE