JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gilbert John Telly,<br><br>       Plaintiff,<br><br>    vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>       Defendant. | Case No. 1:19-cv-00456<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from April 13, 2020 to May 13, 2020, for Plaintiff to serve on defendant with Reply Brief.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time for the Reply Brief, however we have been granted an extension for our Opening Brief.   Good cause exists for this extension request. The week of 3/29/2020 Plaintiff's Counsel had 8 administrative hearings, 17 hearing preparation appointments with clients, two reply briefs and four confidential settlement letter briefs due. The week of 04/05/2020 Plaintiff's Counsel has 20 administrative hearings, five hearing preparation appointments with clients, 14 confidential settlement letter briefs, one reply brief, six opening briefs.

1

1    Additionally, due to the ongoing pandemic with COVID-19 and the various executive

2    orders throughout Fresno County and now the State of California, along with the

3    recommendations for Social Distancing, Plaintiff's Counsel is operating with very limited staff.

4    The Office of Hearings Operations is still conducting telephonic hearings.  As it is required to

5    continue the normal day-to-day tasks involved in developing cases and the requirements of the

6    five-day rule related to submission of evidence to the Administrative Law Judge which is

7    imposed under 20 CFR § 404.935, Counsel must still continue normal operations but with a

8    significantly reduced level of support.  As a result, Plaintiff's Counsel requires additional time to

9    brief this matter.

10        Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant

11   and Court for any inconvenience this may cause.

12

13                                    Respectfully submitted,

14   Dated:  April 10, 2020              PENA & BROMBERG, ATTORNEYS AT LAW

15

16                                    By: */s/ Jonathan Omar Pena*
                                          JONATHAN OMAR PENA
17                                        Attorneys for Plaintiff

18

19
     Dated:  April 10, 2020              MCGREGOR W. SCOTT
20                                        United States Attorney
                                          DEBORAH LEE STACHEL
21                                        Regional Chief Counsel, Region IX
                                          Social Security Administration
22

23
                                      By:  */s/ Marcelo N. Illarmo*
24                                        Marcelo N. Illarmo
                                          Special Assistant United States Attorney
25                                        Attorneys for Defendant
                                          (*As authorized by email on April 10, 2020)
26

27

28

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 21), Plaintiff shall file and serve on Defendant his reply brief by no later than May 13, 2020.  All other deadlines in the scheduling order are modified accordingly.

IT IS SO ORDERED.

Dated:   **April 14, 2020**                              /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE